## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REECE R. STACK, | ) | CASE NO. 4:11CV3197 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BEN STYSKAL, in his individual | ) | |
| capacity,  and W.H. MUHOLLAND, in | ) | |
| his individual capacity, | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Defendants' Motion to Extend.  (Filing No. 118.) The Motion is granted and the Final Pretrial Conference in this matter, scheduled for March 13, 2014, is canceled.  A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that:

1.      Defendants' Motion to Extend (Filing No. 118) is granted; and

2.      The Clerk of the court is directed to cancel the Final Pretrial Conference in this matter that is scheduled for March 13, 2014.  A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

DATED this 29th day of January, 2014.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge